■ GREAT EASTERN FUEL Co., INC., Appellant, v. MASSEY CONCRETE PRODUCTS Co., Respondent. (Action No. 1.) MASSEY CONCRETE PRODUCTS Co., Respondent, v. WILLIAM POWELL, Defendant and Third-Party Plaintiff-

Respondent. GREAT EASTERN FUEL Co., INC., Third-Party Defendant-Appellant. (Action No. 2.) — Appeal from an order denying a motion by Great Eastern Fuel Co., Inc., to consolidate Action No. 2, pending in the Supreme Court, Queens County, with Action No. 1, pending in the Supreme Court, Kings County. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.